

**Mars Khaimov Law, PLLC**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _1/25/2021_____ |

**January 25, 2021**

<u>VIA ECF</u>
Hon. Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   Paguada v. Guy's Snacks Corporation
           Case No. 1:20-cv-10238-AT

Dear Judge Torres,

      The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

      The initial conference is set for February 2, 2021. An affidavit of service was filed on the docket showing Defendant was served on January 5, 2021 and their answer is due on January 26, 2021.

      Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.

      Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

GRANTED.  The initial pretrial conference scheduled for February 2, 2021, is ADJOURNED to **February 9, 2021**, at **11:00 a.m.**  By February 2, 2021, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 25, 2021
      New York, New York

**ANALISA TORRES**
**United States District Judge**