

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2021
```

February 8, 2021

**VIA ECF**
Hon. Judge Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  Paguada v. Guy's Snacks Corporation
           Case No. 1:20-cv-10238

Dear Judge Torres,

    The undersigned represents Plaintiff Dilenia Paguada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for February 9, 2021. Defendant was served on January 5, 2021 and has yet to appear. It is now February 8, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    Accordingly, the undersigned requests that the February 9th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with an Order to Show Cause for Default Judgment.

    Thank you for your time and consideration of the above request.

GRANTED. The initial pretrial conference scheduled for February 9, 2021, is ADJOURNED *sine die*. By **March 9, 2021**, Plaintiff shall move for default in accordance with Attachment A to the Court's Individual Rules of Practices in Civil Cases.

SO ORDERED.

Dated: February 8, 2021
       New York, New York

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

_____
ANALISA TORRES
United States District Judge