**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DILENIA PAGUADA, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>GUY'S SNACKS CORPORATION<br><br>                Defendant. | Case No.  1:20-cv-10238-AT<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
            May 28, 2021

                                                            Respectfully submitted,

                                                            *By: /s/ Mars Khaimov*
                                                             Mars Khaimov, Esq.
                                                             Mars Khaimov Law, PLLC
                                                            10826 64th Avenue, Second Floor
                                                            Forest Hills, New York 11375
                                                            marskhaimovlaw@gmail.com
                                                            *Attorneys for Plaintiff*